**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES SWAIM, ADC #131028**                                                                                          **PLAINTIFF**

**VS.**                                            **5:16-CV-00131-BRW-JTR**

**ESTELLA BLAND,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Tom Ray. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, the Court approves and adopts the findings and recommendations (Doc. No. 7) in their entirety.

Accordingly, Plaintiff's Motion to Prevent and/or Stop Retaliation and Transfer (Doc. No. 4) is DENIED.

IT IS SO ORDERED this 1st day of June, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE