IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES SWAIM, ADC #131028**                                **PLAINTIFF**

**VS.**                       **5:16-CV-00131-BRW-JTR**

**ESTELLA BLAND, APN; and
ANNETTE ESAW, Administrative Assistant,
Correct Care Solutions, Inc.**                                **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, this case is dismissed and all relief sought is denied.

IT IS SO ORDERED this 19th day of September, 2017.


                                                   /s/ Billy Roy Wilson_____
                                         UNITED STATES DISTRICT JUDGE